**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-2181**

_____

JOANN K. JORGENSEN,

                    Plaintiff - Appellant,

        v.

RODNEY RHOADS; PAMELA RHOADS, a/k/a Pam Rhoads; ANVIL MORTGAGE
CORPORATION; ACCREDITED HOME LENDERS, INCORPORATED,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (1:06-cv-01409-CMH-TCB)

_____

Submitted:  June 13, 2008                Decided:  June 30, 2008

_____

Before SHEDD and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Joann K. Jorgensen, Appellant Pro Se.  George Rubert Albert Doumar,
Kellie Maxine Budd, Elaine M. Darroch, DOUMAR LAW GROUP, Arlington,
Virginia; Henry S. Fitzgerald, Arlington, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joann Jorgensen appeals the district court's order granting summary judgment to the Appellees on her claims of fraud and constructive fraud.* We review an order granting summary judgment de novo, drawing reasonable inferences in the light most favorable to the non-moving party. Henson v. Liggett Group, Inc., 61 F.3d 270, 274 (4th Cir. 1995). Summary judgment may be granted only when "there is no genuine issue as to any material fact and the moving party is entitled to a judgment as a matter of law." Fed. R. Civ. P. 56(c). However, "[c]onclusory or speculative allegations do not suffice, nor does a 'mere scintilla of evidence' in support of his case." Thompson v. Potomac Elec. Power Co., 312 F.3d 645, 649 (4th Cir. 2002) (quoting Phillips v. CSX Transp., Inc., 190 F.3d 285, 287 (4th Cir. 1999)). Summary judgment will be granted unless a reasonable jury could return a verdict for the nonmoving party on the evidence presented. Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 247-48 (1986).

In light of these principles, we have reviewed the parties' pleadings and the transcript of the summary judgment hearing, and we find no reversible error in the reasoning of the district court as stated in its bench ruling. Accordingly, we

*The district court also entered judgment against Rodney Rhoads, from which Rhoads does not appeal, on Jorgensen's third count and dismissed her fourth and fifth counts without prejudice. These counts were unrelated to the subject of this appeal.

affirm the district court's order.  <u>See</u> <u>Jorgensen v. Rhoads</u>, No. 1:06-cv-01409-CMH-TCB (E.D. Va. Oct. 15, 2007).  We grant Jorgensen's motion to supplement her informal brief.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>